[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12865

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 16, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:09-cv-00042-GET

RICHARD R. HARP EXCAVATION, INC.,

Plaintiff-Appellant,

versus

SOUTHERN LUMBER, INC.,

Defendant-Cross Claimant-Appellee,

WEST PANOLA, LLC,
SOUTHERN LUMBER II, LLC,

Defendant-Appellees,

INTEGRITY BANK,

Defendant - Cross Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(June 16, 2011)

Before HULL and BLACK, Circuit Judges, and HUCK,[*] District Judge.

PER CURIAM:

After oral argument and review of the parties' briefs and the record, the Court concludes that the Plaintiff-Appellant Richard R. Harp Excavation, Inc. ("Harp") has not demonstrated reversible error (1) in the district court's order, dated March 18, 2010, granting summary judgment in favor of the Defendant Federal Deposit Insurance Corporation ("FDIC") (as Integrity Bank's Receiver) on the Plaintiff-Appellant Harp's lien priority claim against FDIC/Integrity or (2) in the district court's order dated May 20, 2010 denying Plaintiff-Appellant Harp's motion for reconsideration.[1]

**AFFIRMED.**

_____

[*]Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.

[1]The Court grants the Plaintiff-Appellant Harp's Motion to Take Judicial Notice.